No. 768.  LINCOLN STORES, INC. *v.* NASHUA MANUFAC-
TURING CO.  January 20, 1947.  Petition for writ of cer-
tiorari to the Circuit Court of Appeals for the First Circuit
denied.  MR. JUSTICE BLACK is of the opinion that the
petition should be granted.  *Samuel E. Darby, Jr.* and
*Henry M. Huxley* for petitioner.  *J. L. Stackpole* for re-
spondent.

No. 842.  MARTINE *v.* NEW YORK.  January 20, 1947.
Petition for writ of certiorari to the County Court of Kings
County, New York, denied.

No. 853.  PARKER *v.* INDIANA.  January 20, 1947.  Pe-
tition for writ of certiorari to the Supreme Court of Indi-
ana denied.

No. 856.  DAVIS *v.* RAGEN, WARDEN; and
No. 858.  MONTIEL *v.* RAGEN, WARDEN.  January 20,
1947.  Petitions for writs of certiorari to the Circuit Court
of Will County, Illinois, denied.

No. 791.  AXELROD ET AL. *v.* FLEMING ET AL., TRUSTEES,
ET AL.  February 3, 1947.  Petition for writ of certiorari
to the Circuit Court of Appeals for the Seventh Circuit
denied.  *Harry Kirshbaum* for petitioners.  *Wilkie
Bushby, Alexander M. Lewis, Sanford H. E. Freund, Ed-
ward W. Bourne, Jesse E. Waid, Edward K. Hanlon* and
*Daniel James* for respondents.